AARON FORD
Attorney General
MANDANA DIVANBEIKI (Bar No. 14862)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (Phone)
(702) 486-3773 (Fax)
Email: mdivanbeiki@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN DIXON,<br><br>          Plaintiff,<br><br>vs.<br><br>Baca, et al.,<br><br>          Defendants. | Case No. 3:20-cv-00463-GMN-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Sean Dixon, *pro se*, and Defendants, by and through counsels[1], Aaron D. Ford, Attorney General of the State of Nevada, and Mandana Divanbeiki, Deputy Attorney General, based upon the agreement to settle between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

/ / /

/ / /

---

[1] This case was previously assigned to Attorney Jefferey A. Cogan. Mr. Cogan is no longer with the Office of the Attorney General in Nevada and the case has been assigned to Deputy Attorney General Mandana Divanbeiki. Mr. Dixon has previously signed this Stipulation and Order document. Divanbeiki's signature is reflected on a separate page attached to this document.

1

1    This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court
2 settlement between parties. Each party will bear its own attorney's fees and costs.
3    DATED this 10th day of March, 2021   DATED this 10th day of March, 2021

AARON D. FORD
Attorney General

By: _____   By: /s/ Mandana Divanbeiki
     SEAN DIXON                                          Mandana Divanbeiki, (SBN 14862)
     Plaintiff Pro Se                                        Deputy Attorney General

2

1  This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement
2  between parties. Each party will bear its own attorney's fees and costs.

3  DATED this ____ day of February, 2021    DATED this ____ day of February, 2021

4                                                                               AARON D. FORD
                                                                                 Attorney General

By: _____              By: _____
    SEAN DIXON                                 JEFFREY A. COGAN, Bar No. 4569
    Plaintiff Pro Se                           Deputy Attorney General

**IT IS SO ORDERED.**

Dated this 11 day of March, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

2